J. Evan Robertson (ISB No. 1801)
erobertson@rsidaholaw.com
Gary D. Slette (ISB No. 3198)
gslette@rsidaholaw.com
**ROBERTSON & SLETTE PLLC**
PO Box 1906
Twin Falls, ID 83303-1906
Telephone: (208) 933-0700
Facsimile: (208) 933-0701

*Attorneys for Defendant Concierge Auctions, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| RODGER MAY,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD FULD a/k/a DICK S. FULD, Individually and as TRUSTEE of RICHARD S. FULD, IDAHO REVOCABLE TRUST DATED NOVEMBER 10, 1997 and CONCIERGE AUCTIONS, LLC.,<br><br>Defendant<br><br>and<br><br>STEWART TITLE GUARANTY COMPANY,<br><br>Interpleader Defendant. | CASE NO.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>(District Court of the Fifth Judicial District of the State of Idaho, County of Blaine, Case No. CV-2015-594)<br><br>(Diversity Jurisdiction) |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF IDAHO:

PLEASE TAKE NOTICE that, Defendant, CONCIERGE AUCTIONS, LLC

("Removing Defendant"), hereby removes the above-entitled action from the District Court of

the Fifth Judicial District of the State of Idaho, County of Blaine, to the United States District Court for the District of Idaho pursuant to 28 U.S.C. Sections 1332, 1441 and 1446. The removal of this action terminates all proceedings in the District Court of the Fifth Judicial District of the State of Idaho, County of Blaine. 28 U.S.C. § 1446(d). Defendant's removal of this action is based on the following:

## The State Court Action

1. On or about November 12, 2015, Plaintiff filed a Complaint in the District Court of the Fifth Judicial District of the State of Idaho, County of Blaine bearing the caption indicated above (the "State Court Action"). The State Court Action has been assigned Case No. CV-2015-594. The Removing Defendant first learned about the State Court Action on November 18, 2015, when a copy of the Summons and Complaint were sent to Robert Wolf, an attorney who represents Removing Defendant in an arbitration proceeding pending in New York between Concierge and Rodger May. On November 12, 2015, a Summons was issued to Richard Fuld, a/k/a Dick S. Fuld, individually and as Trustee of Richard S. Fuld, Idaho Revocable Trust dated November 10, 1997. On November 23, 2105, the Summons and Complaint, Jury Demand and Plaintiff's First Interrogatories and Requests For Production To Defendant Concierge Auctions, LLC were served on Removing Defendant. True and correct copies of the foregoing documents are attached as Exhibit 1 to the Declaration of Robert Wolf, filed contemporaneously herewith, and constitute all of the process, pleadings, and orders received by Removing Defendant in the State Court Action, and, to Removing Defendant's knowledge, constitute all of the process, pleadings, and orders filed in the State Court Action. See 28 U.S.C. § 1446(a).

## Removal Pursuant To 28 U.S.C. §1441(b)

2. Removing Defendant removes the State Court Action, pursuant to 28 U.S.C. §1441(b), on the basis of diversity of citizenship.

**NOTICE OF REMOVAL – 2**

3.      Upon information and belief, Plaintiff Rodger May is a citizen of the State of Washington, who resides at 4317 S. 188th Street, Seattle, Washington 98199.

4.      Defendant Concierge Auctions, LLC is a Florida Limited Liability Corporation whose principal place of business is in Austin, Texas.

5.      The members of Concierge Auctions, LLC are Brady Hogan Investments, LLC ("BHI"), Segue LLC ("Segue") and CA Partners LLC ("CA").

6.      BHI is a Florida limited liability company whose sole member is Laura Brady. Laura Brady is a citizen of the State of Texas.

7.      Segue is a Colorado limited liability company whose sole member is Michael Russo. Michael Russo is citizen of the Commonwealth of Massachusetts.

8.      CA is a Colorado limited liability company whose members are Chad Roffers and Bradlee Roffers. Chad and Bradlee Roffers are citizens of the State of Texas.

9.      Defendant Richard Fuld ("Fuld") is a resident of Greenwich Connecticut and is a citizen of the State of Connecticut. Defendant Fuld consents to removal.

10.     Defendant Richard S. Fuld, Idaho Revocable Trust Dated November 19, 1997 ("Fuld Trust") is a citizen of the State of Connecticut. The Fuld Trust consents to removal.

11.     Interpleader Defendant Stewart Title Guaranty Company ("Stewart") is a Texas corporation whose principal place of business is 19800 Post Oak Blvd., Suite 800, Houston, Texas 77056.

12.     According to the Complaint, the amount in controversy exceeds $75,000 exclusive of interest and costs. The amount in controversy in the First Cause of Action, as alleged, is $500,000 (see the Complaint attached hereto as Ex. 1 at ¶31). The amount in controversy in the Second Cause of Action, as alleged, is not less than $19,000,000.00 (id. at

**NOTICE OF REMOVAL – 3**

¶34). The amount in controversy in the Third Cause of Action, as alleged, is $450,000 (id. at ¶36). In each case, the amount in controversy is exclusive of interest and costs.

13. This Notice of Removal is being filed within thirty (30) days after Moving Defendant's receipt of the Complaint (November 18, 2015). Therefore, removal is timely filed pursuant to 28 U.S.C. § 1446(b).

14. The District Court of the Fifth Judicial District of the State of Idaho, County of Blaine is within the District of Idaho. Therefore, removal to the District of Idaho is proper. 28 U.S.C. §1441(a).

15. A copy of this Notice of Removal will be filed with the clerk of the District Court of the Fifth Judicial District of the State of Idaho, County of Blaine and served upon all adverse parties as required by 28 U.S.C. §1446(d).

16. The undersigned has read this Notice of Removal, and, to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass, cause unnecessary delay, or needlessly to increase the cost of litigation.

17. By this Notice of Removal, Removing Defendant does not admit that Plaintiffs' allegations have any merit whatsoever, and expressly reserves the right to challenge all such allegations on any and all grounds available.

WHEREFORE, Defendant hereby removes the above-entitled civil action from the District Court of the Fifth Judicial District of the State of Idaho, County of Blaine to this Court.

DATED this 7th day of December, 2015.

ROBERTSON & SLETTE PLLC

_____
Gary D. Slette
*Attorneys for Defendant Concierge Auctions, LLC*

**NOTICE OF REMOVAL – 4**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2015, I caused to be served a true and correct copy of the foregoing document to the persons listed below the method indicated:

R. Miles Stanislaw  
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.  
1215 Fourth Avenue, Suite 2210  
Seattle, WA  98161  
*Attorneys for Plaintiff*

___ Hand Delivery  
✓ Facsimile: (206)204-0284  
___ Overnight Courier  
___ U.S. Mail  
___ Email:

Kevin P. Sullivan  
The Sullivan Law Firm  
701 5th Avenue, Ste. 4600  
Seattle, WA  98104  
*Attorneys for Plaintiff*

___ Hand Delivery  
___ Facsimile:  
___ Overnight Courier  
___ U.S. Mail  
✓ Email: k.sullivan@sullivanlawfirm.org

Robert S. Wolf  
Moses & Singer LLP  
The Chrysler Building  
405 Lexington Avenue  
New York, NY  10174  
*Attorneys for Defendant Concierge Auctions, LLC*

___ Hand Delivery  
___ Facsimile: (917)206-4325  
___ Overnight Courier  
___ U.S. Mail  
✓ Email: rwolf@mosessinger.com

Robert D. Lillienstein  
Moses & Singer LLP  
The Chrysler Building  
405 Lexington Avenue  
New York, NY  10174  
*Attorneys for Defendant Concierge Auctions, LLC*

___ Hand Delivery  
___ Facsimile: (917)206-4325  
___ Overnight Courier  
___ U.S. Mail  
✓ Email: rlillienstein@mosessinger.com

Sean O'Callaghan  
Litigation Counsel  
1980 Post Oak Blvd, Ste. 710  
Houston, TX  77056  
*Attorneys for Defendant Stewart Title Co.*

___ Hand Delivery  
___ Facsimile: (713) 629-2248  
___ Overnight Courier  
___ U.S. Mail  
✓ Email: socallag@stewart.com

**NOTICE OF REMOVAL – 5**

| | |
|---|---|
| Edward A. Lawson<br>Lawson Laski Clark & Pogue PLLC<br>PO Box 3310<br>Ketchum, ID  83340-3310<br>*Attorneys for Defendant Fuld* | ___ Hand Delivery<br>___ Facsimile:  (713) 629-2248<br>___ Overnight Courier<br>___ U.S. Mail<br>✓ Email: eal@lawsonlaski.com |

_____
Gary D. Slette

**NOTICE OF REMOVAL – 6**